DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THEODORE J. HORNE, JR.,**
Appellant,

v.

**KATHERINE M. RHODES,**
Appellee.

No. 4D18-861

[November 21, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 2017CP3187.

Theodore J. Horne, Jr., West Park, pro se.

Jessica Yero of Jessica Yero, P.A. Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***